UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YORDALIZA TAVERAS, individually and on behalf of all others similarly situated,

        Plaintiff,

  -v-

PRETZEL PETE, INC.,

        Defendant.

CIVIL ACTION NO. 23 Civ. 4279 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court's order, by memorandum endorsement, at ECF No. 15 is VACATED.

Dated:    New York, New York
           August 24, 2023

                            SO ORDERED.

                            _____
                            SARAH L. CAVE
                            **United States Magistrate Judge**